UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Taylor Michael Wilson

        v.
                                    Case No. 20-cv-1066-JL

FCI Berlin, Warden


JUDGMENT


In accordance with the Order by District Judge Joseph N. Laplante, dated March 15, 2022, judgment is hereby entered.


By the Court:


/s/ Daniel J. Lynch
Daniel J. Lynch
Clerk of Court

Date: March 15, 2022

cc:  Taylor Michael Wilson, pro se
     Seth R. Aframe, AUSA